UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Civil Action No. 3:24-CV-474-RGJ-CHL
***Electronically Filed***

CANARY DATE SCULPTING, INC.
d/b/a CANARY TREE SERVICE                                          PLAINTIFF,

VS.                                    **ORDER**

KENTUCKY FARM BUREAU
MUTUAL INSURANCE COMPANY                                          DEFENDANT.

* * * * * * * * * *

The Defendant, Kentucky Farm Bureau Mutual Insurance Company, having filed its

Motion to Dismiss, all parties having been heard, and the Court being otherwise duly and

sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss is sustained. All

claims of Canary Date Sculpting, Inc. d/b/a Canary Tree Service against the Defendant,

Kentucky Farm Bureau Mutual Insurance Company are dismissed, pursuant to Fed. R. Civ.

P. 41(b).

This the _____ day of _____, 2026.

_____
HON. COLIN H. LINDSAY, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

## CLERK'S CERTIFICATE

I hereby certify that I have served all parties the foregoing by mailing and/or emailing a copy thereof to each of the following: **Mike Moore, Esq.** and **Jake Carter, Esq.**, Moore Law Firm, 103 Fountain Avenue, Paducah, Kentucky 42001, mike@mikemoorelaw.com, jake@mikemoorelaw.com, Attorneys for Defendant; **Canary Date Sculpting, Inc.,** 12052 Royal Fern Ln., Jacksonville, FL 32223, Plaintiff; this the _____ day of _____, 2026.

_____

UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION