UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CANARY DATE SCULPTING, INC.                                          Plaintiff
D/B/A CANARY TREE SERVICE

v.                                                  Civil Action No. 3:24-cv-00474-RGJ-CHL

KENTUCKY FARM BUREAU MUTUAL                                          Defendant
INSURUANCE COMPANY

* * * * *

**JUDGMENT**

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of Defendant Kentucky Farm Bureau Mutual Insurance Company with respect to the claims brought by Plaintiff Canary Date Sculpting, Inc. d/b/a Canary Tree Service in this matter.

(2)    This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2)    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Rebecca Grady Jennings, District Judge
United States District Court

May 1, 2026